AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PADOVA, JOHN R. | EASTERN DISTRICT OF PA | 05/07/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR DISTRICT COURT JUDGE | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 1/1/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

17613 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of Patient Advocate Board | Kimmel Cancer Center |
| 2. Member of Advisory Board | Regina Academies |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/07/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | N.Y. Intellectual Property Law Assoc., Inc. | 3/23/2012 - 3/24/2012 | New York, NY | Annual dinner and program | transportation, cab, tips, hotel, meals for Judge and spouse. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. VKM PA QUALITY MUN TR ▮ (INVESCO) | A | Interest | J | T | | | | | |
| 2. PNC BANK CHKG ▮ ) | A | Interest | K | T | | | | | |
| 3. ▮ , IRA PNC( | A | Interest | K | T | | | | | |
| 4. Fed Pa Mun M.M. -RBC M.M. Fund | A | Interest | J | T | | | | | |
| 5. Dreyfus Pa M.M. ▮ | A | Interest | J | T | | | | | |
| 6. Boston Capital ▮ 17 | A | Interest | J | T | | | | | |
| 7. Bank Chkg & Sav. ▮ Citizens Bank | A | Interest | J | T | | | | | |
| 8. PA Econ. Dev. Fin. G&B 12-1-30 | A | Interest | J | T | | | | | |
| 9. Exelon | B | Dividend | K | T | | | | | |
| 10. USAA Sav-Act | A | Interest | K | T | | | | | |
| 11. Boston Cap Ser 23 | A | Dividend | J | T | | | | | |
| 12. Boston Cap SER 15 & 18 ▮ | A | Interest | J | T | | | | | |
| 13. JMS/DLJSC/Phila Inv. RETIRE. PLAN ▮ IRA | E | Div & Int | P1 | T | | | | | |
| 14. - Pershing Gov Act-mm | A | Dividend | O | T | | | | | |
| 15. - ACM Govt. Sec. Fund-name change-Alliance Bernstein Income | B | Dividend | K | T | | | | | |
| 16. - Alliance World Fund-name change-Alliance Bernstein Global | D | Dividend | L | T | | | | | |
| 17. - Commercial Act Lease Realty, Inc.-Natl. Retail | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Aspen Group Res. Corp. | | None | J | T | | | | | |
| 19. - Templeton Emer Mktg. Inc. | B | Dividend | K | T | | | | | |
| 20. - Van Kampen Amer Cap Sr Inc. INVESCO | B | Dividend | K | T | | | | | |
| 21. - Cons Edison Ins. Com. | D | Dividend | M | T | | | | | |
| 22. - Microsoft (IRA) | B | Dividend | L | T | | | | | |
| 23. - Intel (IRA) | B | Dividend | L | T | | | | | |
| 24. - Citigtroup Inc. Com | A | Dividend | J | T | | | | | |
| 25. - Public Service Enter (IRA) | C | Interest | L | T | | | | | |
| 26. - A 123 Sys Inc. Com (IRA) | | None | J | T | | | | | |
| 27. - Exelon (IRA) | D | Dividend | M | T | | | | | |
| 28. - Teva Phar Ind. L&D ADR | B | Dividend | L | T | | | | | |
| 29. Fid. Adv. Sr 11 Gro Opty Fd. B | A | Dividend | J | T | | | | | |
| 30. Putnam Inv Fds - Gro B | A | Dividend | J | T | | | | | |
| 31. Evergreen Money Mkt 9 -now Wells Fargo | A | Dividend | J | T | | | | | |
| 32. Vanguard M/M - IRA | A | Dividend | M | T | | | | | |
| 33. Vanguard B/M - IRA | D | Dividend | M | T | | | | | |
| 34. Vanguard 500 - IRA | C | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Century | A | Dividend | K | T | | | | | |
| 36. PNC Bank Sav. & Ckg | A | Interest | L | T | | | | | |
| 37. Del. Co. Pa. Auth. Cabrini | B | Interest | | | Sold | 10/18/12 | K | | |
| 38. Nuveen Select | B | Dividend | K | T | | | | | |
| 39. Pa. St. Tpk. Comn Oil | B | Interest | K | T | | | | | |
| 40. PA St Ref-1st Ser. 4.5(s) | A | Interest | J | T | | | | | |
| 41. PA St Go - 5.0 | A | Interest | | | Sold | 02/01/12 | J | | |
| 42. Stroudsberg, PA - 5.0 | A | Interest | | | Sold | 04/02/12 | J | | |
| 43. Economy, PA - 5.0 | B | Interest | K | T | | | | | |
| 44. Mtgy. Co. IDA Ret. 5.250 | B | Interest | | | Sold | 07/25/12 | K | | |
| 45. Union Co. Hosp. - 5.0 | B | Interest | K | T | | | | | |
| 46. Lehigh Co PIDA 9/1/29 | A | Interest | J | T | | | | | |
| 47. Eaton Vance-Tx mg. (Global) | D | Dividend | K | T | | | | | |
| 48. Puerto Rico 7/1/42 | A | Interest | | | Sold | 07/25/12 | K | | |
| 49. Nuveen PA Prem Inc ( | B | Dividend | K | T | | | | | |
| 50. Nuveen PA Invt QF | B | Dividend | K | T | | | | | |
| 51. Van Kempen Amer PA Mun. Inc. ) (INVESCO) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Federated Govt Res MM ▢ ) | A | Dividend | L | T | | | | | |
| 53. Eaton Vance T/M | C | Interest | K | T | | | | | |
| 54. Eaton Vance T/M ▢ | A | Interest | J | T | | | | | |
| 55. California St G/O 9/1/36 | B | Interest | | | Sold | 02/24/12 | K | | |
| 56. Blackrock Intl. Growth and Inc. Trust | C | Dividend | K | T | | | | | |
| 57. Vanguard GNMA Fund | A | Interest | K | T | | | | | |
| 58. Mtgy Co. PA H.E. Arcadia | B | Interest | K | T | | | | | |
| 59. Phila PA Wtr Rev. Ser B | B | Interest | K | T | | | | | |
| 60. Puerto Rico Co. Ser B | B | Interest | K | T | | | | | |
| 61. Mtgy Co. PA Ser C 12/31 | B | Interest | K | T | | | | | |
| 62. Beaver County PA 11/15/31 ▢ | A | Interest | K | T | | | | | |
| 63. State PSBS PA 3/1/29 | B | Interest | K | T | | | | | |
| 64. Nebraska Edl Fin ▢ | A | Interest | K | T | | | | | |
| 65. Puerto Rico-Ser C 7/1/19 | A | Interest | J | T | | | | | |
| 66. PA St. Tpk 12/1/41 5.3% | A | Interest | | | Sold | 10/12/12 | K | B | |
| 67. Puerto Rico Ser Q 7/1/37 | B | Interest | | | Sold | 07/24/12 | L | B | |
| 68. Cumberland Co 1/1/16 ▢ | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pitts-Allegheney 2/1/25 | A | Interest | J | T | | | | | |
| 70. Erie PA Mercyhurst | A | Interest | J | T | | | | | |
| 71. Mtgy Co Pa IDA 11/15/36 | A | Interest | J | T | | | | | |
| 72. Nebraska Concordia | A | Interest | J | T | | | | | |
| 73. Puerto Rico P.b.A. 7/1/37 Q ) | B | Interest | | | Sold | 07/24/12 | K | A | |
| 74. Puerto Rico PBA D 7/1/36 | A | Interest | | | Sold | 07/24/12 | J | A | |
| 75. RBC MM Fund (X) | | None | J | T | | | | | |
| 76. RBC MM Fund (X) | A | Interest | J | T | | | | | |
| 77. Puerto Rico PBA 7/1/37 Series Q | A | Interest | | | Sold | 07/24/12 | J | | |
| 78. Puerto Rico PBA 7/1/41 | A | Interest | | | Sold | 07/24/12 | L | A | |
| 79. Cumberland Co. 1/1/28 (1/1/36) | A | Interest | K | T | | | | | |
| 80. Passaic Valley N.J. | A | Interest | J | T | | | | | |
| 81. Huntsville-Redstone | A | Interest | K | T | | | | | |
| 82. Mtgy Co. Pa Ind Dev A- | B | Interest | | | Sold | 07/25/12 | K | | |
| 83. Mtgy Co. PIDA-RFDG I | A | Interest | J | T | | | | | |
| 84. NJ Economic D.A.-Seashore C-1 | A | Interest | K | T | | | | | |
| 85. Pa St. TPK Com - D | A | Interest | | | Sold | 10/12/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Del. St. Eco Dev. A. - 10/1/45 | A | Interest | | | Sold | 08/27/12 | K | B | |
| 87. Phila Gas Wks 8/1/40 | A | Interest | J | T | | | | | |
| 88. Del St. Eco D.A. 10/1/45 | A | Interest | | | Sold | 08/27/12 | K | B | |
| 89. Pa St Tpk Com | A | Interest | | | Sold | 10/12/12 | J | A | |
| 90. Pa St. Tpk Com - | A | Interest | | | Sold | 10/12/12 | K | | |
| 91. Vanguard Sht. Term | A | Interest | L | T | | | | | |
| 92. St. John Baptist Loc Rev. | A | Interest | | | Sold | 02/24/12 | J | A | |
| 93. Lycoming Cnty Pa Auth | A | Interest | K | T | Buy | 07/24/12 | K | | |
| 94. Lower Merion Pa Sch Dist | A | Interest | J | T | Buy | 04/25/12 | J | | |
| 95. Michigan Fin Auth Rev | A | Interest | K | T | Buy | 08/27/12 | K | | |
| 96. Invesco Quality Mun. | A | Interest | K | T | Buy | 10/18/12 | K | | |
| 97. Invesco Quality Mun. | A | Interest | L | T | Buy | 12/07/12 | L | | |
| 98. Puerto Rico Aqueduct | A | Interest | K | T | Buy | 02/24/12 | K | | |
| 99. Puerto Rico Aqueduct | A | Interest | K | T | Buy | 04/19/12 | K | | |
| 100. Harris Cnty Tex Cultural | B | Interest | L | T | Buy | 08/27/12 | L | | |
| 101. Michigan Fin Auth | A | Interest | K | T | Buy | 09/05/12 | K | | |
| 102. Invesco Quality Municipal | B | Interest | L | T | Buy | 10/18/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Centre Cnty Pa Hosp Auth | A | Interest | L | T | Buy | 10/18/12 | L | | |
| 104. Nuveen Premier Mun. | A | Interest | L | T | Buy | 11/20/12 | L | | |
| 105. Nuveen Mun. Market | A | Interest | L | T | Buy | 11/20/12 | L | | |
| 106. Norwin Pa School | A | Interest | K | T | Buy | 03/12/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| PADOVA, JOHN R. | 05/07/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.  Investments and Trusts

Line 13 includes lines 14 through 28.

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/07/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ JOHN R. PADOVA

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544